# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Minute Entry

## Hearing Information:

| | |
|---|---|
| **Debtor:** | MURDOCK EMPIRE GROUP, INC. |
| **Case Number:** | 2:16-BK-11113-DPC   **Chapter:** 11 |
| **Date / Time / Room:** | MONDAY, JANUARY 30, 2017 11:00 AM   6TH FLOOR #603 |
| **Bankruptcy Judge:** | DANIEL P. COLLINS |
| **Courtroom Clerk:** | RHONDA VAUGHAN |
| **Reporter / ECR:** | RENEE BRYANT |

## Matter:

CONTINUED HEARING ON Emergency Motion to Approve Use of Cash Collateral filed by BRIAN BLUM of Andante Law Group, PLLC on behalf of Murdock Empire Group, Inc..

**R / M #:**   9 / 0

## Appearances:

BRIAN BLUM, ATTORNEY FOR MURDOCK EMPIRE GROUP, INC.
TRAVIS PACHECO, ATTORNEY FOR ASCENTIUM CAPITAL, LLC

## Proceedings:

Mr. Blum advises counsel discussed the case prior to the Court and agree to extend the terms of the current Cash Collateral Order for 90 days. Mr. Blum advises a plan and disclosure statement will be on file within 90 days.

Mr. Pacheco advises his client consents to the continued use of cash collateral under the existing terms.

COURT: IT IS ORDERED SETTING A CONTINUED HEARING ON THE CONTINUED USE OF CASH COLLATERAL ON APRIL 17, 2017, AT 10:00 A.M., SUBJECT TO BEING VACATED UPON THE FILING OF A DISCLOSURE STATEMENT AND PLAN. THE COURT WILL SIGN AN ORDER WHEN SUBMITTED.

Case 2:16-bk-11113-DPC   Doc 70   Filed 01/30/17   Entered 02/01/17 11:45:31   Desc
Main Document    Page 1 of 1
02/01/2017  11:45:22AM